UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROLINE VONCANNON, AS NEXT
FRIEND AND GUARDIAN OF BABIES
C.W. AND S.W.,

    )   CIVIL ACTION NO. 1:19-op-45540
    )   MDL NO. 1:17-md-02804

    Plaintiff,

-vs-    )   O R D E R

MCKESSON CORPORATION; CARDINAL
HEALTH, INC.;
AMERISCOURCEBERGEN
CORPORATION, ET AL

    Defendant,

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 20 , 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge